**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **CRIMINAL NO. 5:25-CR-____** |
| | : |
| | : **VIOLATIONS:** |
| **v.** | : 18 U.S.C. § 922(o) |
| | : 18 U.S.C. § 924(a)(2) |
| **JOHN CATO,** | : 18 U.S.C. § 922(a)(1)(A) |
| | : 18 U.S.C. § 923(a) |
| | : 18 U.S.C. § 924(a)(1)(D) |
| **Defendant.** | : 18 U.S.C. § 933(a)(1) |
| | : 18 U.S.C. § 933(b) |
| | : |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(Possession and Transfer of a Machinegun)**

On or about April 23, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JOHN CATO,**

did knowingly possess and transfer a machinegun, that is, one (1) Glock, Model 19, 9 mm pistol, Serial Number AFUN311, with a Glock switch installed; all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT TWO
**(Dealing Firearms Without a License)**

On or about April 23, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JOHN CATO,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT THREE
### (Firearms Trafficking)

On or about April 23, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

## JOHN CATO,

did ship, transport, transfer, cause to be transported, and disposed of a firearm, to wit: one (1) Glock, Model 19, 9x19 mm caliber firearm, serial Number AFUN311, one (1) Taurus, Model G2c, 9 mm pistol, Serial Number AGJ398147, to a recipient, in and affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient, would constitute a felony; all in violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

## COUNT FOUR
### (Dealing Firearms Without a License)

On or about May 20, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

## JOHN CATO,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT FIVE
### (Possession and Transfer of a Machinegun)

On or about June 26, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

## JOHN CATO,

did knowingly possess and transfer a machinegun, that is, one (1) Glock, Model 26, 9 mm caliber pistol, Serial Number AGKN581, with a Glock switch installed; all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT SIX
### (Dealing Firearms Without a License)

On or about June 26, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

## JOHN CATO,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

Presented by:

HANNAH M. COUCH
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 12 day of August, AD 2025.

Deputy Clerk