IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:25-CR-41-MTT-CHW |
| | : | |
| | : | VIOLATIONS: |
| v. | : | 18 U.S.C. § 922(o) |
| | : | 18 U.S.C. § 924(a)(2) |
| JOHN CATO, | : | 18 U.S.C. § 922(a)(1)(A) |
| BRANDON DEJUAN THORPE, | : | 18 U.S.C. § 923(a) |
| | : | 18 U.S.C. § 924(a)(1)(D) |
| | : | 18 U.S.C. § 933(a)(1) |
| | : | 18 U.S.C. § 933(b) |
| Defendants. | : | 18 U.S.C. § 922(g) |
| | : | 18 U.S.C. § 924(a)(8) |
| | : | |
| | : | SUPERSEDING INDICTMENT |
| | : | |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Possession and Transfer of a Machinegun)

On or about April 23, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JOHN CATO,**

did knowingly possess and transfer a machinegun, that is, one (1) Glock, Model 19, 9 mm pistol, Serial Number AFUN311, with a Glock switch installed; all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT TWO
### (Dealing Firearms Without a License)

On or about April 23, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JOHN CATO,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT THREE
### (Firearms Trafficking)

On or about April 23, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

### JOHN CATO,

did ship, transport, transfer, cause to be transported, and disposed of a firearm, to wit: one (1) Glock, Model 19, 9x19 mm caliber firearm, serial Number AFUN311, one (1) Taurus, Model G2c, 9 mm pistol, Serial Number AGJ398147, and one (1) Taurus, Model G2c, 9 mm pistol, TMC98857, to a recipient, in and affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient, would constitute a felony; all in violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

## COUNT FOUR
### (Dealing Firearms Without a License)

On or about May 20, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

### JOHN CATO,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT FIVE
### (Possession and Transfer of a Machinegun)

On or about June 26, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

### JOHN CATO,

did knowingly possess and transfer a machinegun, that is, one (1) Glock, Model 26, 9 mm caliber pistol, Serial Number AGKN581, with a Glock switch installed; all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT SIX
### (Dealing Firearms Without a License)

On or about June 26, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

### JOHN CATO,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT SEVEN
### (Possession of a Firearm by a Convicted Felon)

On or about June 26, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

### BRANDON DEJUAN THORPE,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one (1) Glock, Model 42, 380 caliber pistol, Serial Number AESB270, one (1) Taurus, Model PT738, 380 caliber pistol, Serial Number 29817D, one (1) Ruger, Model RXM, 9 mm caliber pistol, Serial Number 094-09971, one (1)

Smith & Wesson, Model 642 Airweight, 38 caliber revolver, Serial Number CPT5257, one (1) Cobra, Model CA380, 380 caliber pistol (no serial number), one (1) ET Arms, Model Omega 15, 556 caliber rifle, Serial Number EV02741, one (1) Ruger, Model Redhawk, 44 caliber revolver, Serial Number 502-07959, one (1) Century Arms, Model CETME Sporter, .308 caliber rifle, Serial Number C57739, one (1) Stoeger, Model 3500, 12-gauge caliber shotgun, Serial Number 75-H22YT-064878, and one (1) Anderson Manufacturing, Model AM-15, 556 caliber pistol, Serial Number 21456419, said firearm having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

Presented by:

_____
HANNAH M. COUCH
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 21 day of October, AD 2025.

_____
Deputy Clerk