IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 5:25-CR-41-MTT-CHW |
| v. | : | |
| | : | |
| BRANDON DEJUAN THORPE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STIPULATIONS OF FACT

The Government, Defendant Brandon Dejuan Thorpe, and Charles E. Cox, Jr., Counsel for Defendant, hereby agree and stipulate to the following facts, which may be entered into the record at trial as if proven by competent evidence, without further proof being offered:

1. **Defendant Is a Convicted Felon.**

At the time of the offense alleged in Count Seven of the Superseding Indictment (Doc. 27), Defendant Brandon Dejuan Thorpe had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

2. **Defendant Knew He Was a Convicted Felon at the Time of the Offense.**

At the time of the offense alleged in Count Seven of the Superseding Indictment (Doc. 27), Defendant Brandon Dejuan Thorpe knew he had been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

3. **The Firearms Traveled in Interstate or Foreign Commerce.**

At the time of the offense alleged in Count Seven of the Superseding Indictment (Doc. 27), the firearms listed in that count had traveled in interstate or foreign commerce, within the meaning of Title 18, United States Code, Section 921(a)(2) and Title 18, Untied States Code, Section 922(g).

IT IS SO STIPULATED AND AGREED.

This _26th_ day of April 2026.

WILLIAM R. KEYES
UNITED STATES ATTORNEY

CHARLES E. COX, JR.
Counsel for Defendant

HANNAH M. COUCH
Assistant United States Attorney

BRANDON DEJUAN THORPE
Defendant

**CERTIFICATE OF SERVICE**