EXHIBIT SHEET

USA                                          CASE NO.    5:26-CR-41-MTT-CHW

   v.

BRANDON DEJUAN THORPE                GOVERNMENT'S EXHIBITS

PAGE 1 of 1

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | CI Video | X | X |
| 2 | UC Video | X | X |
| 3 | GSP Dashcam Video | X | X |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |